*Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, Sean K. Scally*, for appellant.

*Jacquelyn L. Johnson, District Attorney, Andrew J. Ekonomou, Assistant District Attorney*, for appellee.

A15A0279. THE STATE v. ZILKE.
(790 SE2d 300)

BOGGS, Judge.

In *Zilke v. State*, 299 Ga. 232 (787 SE2d 745) (2016), the Supreme Court reversed our opinion in *State v. Zilke*, 333 Ga. App. 344 (773 SE2d 489) (2015) (physical precedent only). We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Doyle, C. J., and Phipps, P. J., concur.*

---

DECIDED AUGUST 10, 2016.

*Barry E. Morgan, Solicitor-General, Mimi A. Scaljon, Assistant Solicitor-General,* for appellant.
*Bimal Chopra, Jr.; Steven A. Cook,* for appellee.